IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUHAMMAD BILAL, <br> TDCJ #1243447, <br> <br> Plaintiff, <br> <br> v. <br> <br> BRAD LIVINGSTON, *et al.*, <br> <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-05-3910 |

# **FINAL JUDGMENT**

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice, under 28 U.S.C. § 1915(e)(2)(B), as frivolous.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **November 28, 2005.**

_____
Nancy F. Atlas
United States District Judge